**Muttaqin F. ABDULLAH,**
**Plaintiff—Appellant,**

v.

**SUMTER COUNTY DETENTION CENTER; Captain Griffin; Corporal Nobles; Jason Tasscone, Officer; Mrs. Joe, Nurse, Defendants—Appellees.**

No. 06–6624.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 31, 2006.
Decided: March 1, 2007.

Muttaqin F. Abdullah, Appellant Pro Se. John Evans James, III, Lee, Erter, Wilson, James, Holler & Smith, L.L.C., Sumter, South Carolina, for Appellees.

Before WILLIAMS and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muttaqin F. Abdullah appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge and the district

court. *Abdullah v. Sumter County Detention Ctr.*, No. 6:04–cv23005–HFF, 2006 WL 686413 (D.S.C. Mar. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*